FRANK C. BOUSE, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

JOHN F. BOWMAN, Respondent, v. INTERNATIONAL TRADING CORPORATION, LTD., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

BERTHA D. BRUNNER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

BERTHA D. BRUNNER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order setting aside verdict, vacating judgment and granting new trial, reversed on the law and on the facts, and defendant's motion denied, with costs, for the reason that the evidence presented by the defendant is not newly-discovered evidence, within the rule governing the disposition of such motions. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

GEORGE BULLOCK and CHARLES K. BEEKMAN, Appellants, v. THE CONTINENTAL INSURANCE COMPANY and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

ANNIE COHEN, Landlord, Appellant, v. ISIDORE PINCUS, Tenant, and MORRIS HOROWITZ, Assignee, etc., Respondent.— Determination of the Appellate Term, affirming final order and judgment of the Municipal Court, unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

THE COLUMBUS TRUST COMPANY, Respondent, v. BISHOP, FRIEDMAN & BERGSTROM, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

WILLIAM A. COOPE, Appellant, v. WILLIAM G. HERRMANN, Individually and as Executor, etc., and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Young, JJ.

MICHAEL CUSCIANNA, Respondent, v. GIUSEPPE CRISAFULLI and Another, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

BERTHA EDGERTON, Respondent, v. WAYNE W. KIMBALL, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

GERTRUDE ENGELHARDT, as General Guardian of WILHELMINA DENNIS, Administratrix, etc., of BENJAMIN DENNIS, Deceased, Respondent, v. HENRY BRIKEL, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

FRED A. GAMBOLD, as Executor, etc., of CHARLES LAMPHEAR, Deceased, Respondent, v. AMOS S. LAMPHEAR and Others, Defendants, Impleaded with GEORGE W. MacLEAN and Others, as Executors, etc., of KATHERINE L. MacLEAN, Deceased, and GEORGE W. MacLEAN, Individually, Appellants.— Order affirmed,